Mark W. Hendricksen
Wells, St. John, Roberts,
  Gregory & Matkin, P.S.
West 601 First Avenue, Suite 1300
Spokane, WA  99201
(509) 624-4276

Attorneys for Plaintiff
Homeseekers Magazines, Inc.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 21 1999

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOMESEEKERS MAGAZINES, INC., an Idaho Corporation | CS-99-0181-RHW Civil No. |
| Plaintiff, | **COMPLAINT** |
| v. | (Demand for Jury) |
| HOMESEEKERS.COM, INC. a Nevada corporation; | |
| Defendant. | |

Plaintiff, Homeseekers Magazines, Inc. alleges:

**Jurisdiction**

1. This case is a civil action arising under the Lanham Act, 15 U.S.C. § 1125, over which this Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331 and 28 U.S.C. § 1338 (a) and (b).

2. This Court has supplemental claim jurisdiction pursuant to 28 U.S.C. § 1367 and pendant jurisdiction pursuant to 28 U.S.C. § 1338(b) over the state law claims asserted in this Complaint as they are joined with substantially related claims under the Lanham Act.

*CE8-501.COM*
**COMPLAINT - 1**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

**Venue**

3.  Venue is proper in this District, pursuant to 28 U.S.C. § 1391.

**Parties**

4.  Plaintiff Homeseekers Magazine, Inc., is an Idaho corporation having its principal office and place of business at E. 5710 Seltice Way, Coeur d'Alene, Idaho 83814.

5.  Defendant Homeseekers.Com, Inc. is a Nevada corporation and is believed to have it principal office and place of business at 100 West Liberty Street, 10th Floor, Reno, Nevada 89501, or 2241 Park Place, Ste E, Minden, NV 89423.

**Factual Background**

6.  Plaintiff has been using the HOMESEEKERS trademark since the 1970's and has widely distributed its Homeseekers Magazines since that time. The Homeseekers Magazine provides listings, advertisements and promotions of real property for sale, and other real estate services. Plaintiff provides services to real estate professionals of providing a media (the Homeseekers Magazines) for the advertising and listing of real property for sale. Plaintiff provides its Homeseekers Magazines to the public with the real estate advertising, listings and promotional information contained in it, providing the potential real estate public the real property information. Plaintiff's activities in promoting its services and providing its publications to the public have occurred in the stream of interstate commerce.

7.  Plaintiff's use of the HOMESEEKERS trademark and trade name has become famous and is distinctive its publications and services.

*CE8-501.COM*
**COMPLAINT - 2**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

8. Despite being aware of Plaintiff's prior extensive use and notoriety of HOMESEEKERS, defendant chose to adopt and use it anyway, to gain the benefit of the name and reputation of Plaintiff.

9. Defendant previously used the named NDS Software, and has since adopted the HOMESEEKERS name and trademark in connection with providing services to real estate professionals in the sale of real estate and in providing an electronic publications for the advertising of real estate in the western United States, and in this District. Defendant's use of the HOMESEEKERS trademark has occurred and continues to occur in the stream of interstate commerce.

10. Defendant uses the internet domain name "homeseekers.com" in connection with providing services to real estate professionals in the sale of real estate and in providing an electronic publications for the advertising of real estate. Defendant promotes and advertises its services in numerous states, including the State of Washington and the State of Idaho.

### Claim 1

### Violation of the Lanhan Act

11. Defendant's conduct in the use of the HOMESEEKERS trademark in interstate commerce constitutes unfair and deceptive trade practices and unfair competition, in violation of 15 U.S.C. § 1125(a). Defendants' conduct creates a likelihood of confusion.

12. Defendants' intentional conduct using the HOMESEEKERS trademark in connection with the providing of real estate services and real property information, constitutes unfair competition, false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion or to cause mistake or deceive as to

*CE8-501.COM*
**COMPLAINT - 3**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

the affiliation, connection, or association of the defendant and its services, and the Plaintiff and its services and publications.

13. Defendants' conduct as stated herein, has damaged Plaintiff in an amount to be proven at trial.

## Claim 2

## Violation of R.C.W. 19.86

14. Defendant's conduct in the use of the HOMESEEKERS trademark and trade name in commerce constitutes unfair and deceptive trade practices and unfair competition, in violation of R.C.W. 19.86 et seq. Defendants' conduct creates a likelihood of confusion with Plaintiff's longstanding use of the HOMESEEKERS trademark.

15. Defendants' conduct impacts the public interest, has been repetitive, and continues to have a potential for repetition.

16. Defendants' intentional conduct using the HOMESEEKERS trademark in connection with the providing of real estate services and real property information, constitutes unfair competition, false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion or to cause mistake or deceive as to the affiliation, connection, or association of the defendant and its services, and the Plaintiff and its services and publications.

17. Defendants' conduct as stated herein, has damaged Plaintiff in an amount to be proven at trial.

## Claim 3

## State Trademark Dilution

18. Plaintiff's widespread, substantial, long term, continuous and extensive use of the HOMESEEKERS trademark has resulted in it becoming widely

*CE8-501.COM*
**COMPLAINT - 4**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

recognized, and substantially renown. Plaintiff's HOMESEEKERS trademark is "famous" and has "distinctive quality", both within the meaning of R.C.W. 19.77.160.

19. Defendant's commercial use of the HOMESEEKERS trademark causes dilution of the distinctive quality of Plaintiff's HOMESEEKERS trademark.

20. Defendants' conduct as stated herein is wilful and has damaged Plaintiff in an amount to be proven at trial.

### Claim 4

### Federal Dilution of Trademark/Trade Name

21. Plaintiff's widespread, substantial, long term, continuous and extensive use of the HOMESEEKERS trademark has resulted in it becoming widely recognized, and substantially renown. Plaintiff's HOMESEEKERS trademark is "famous" and "distinctive" within the meaning of 15 U.S.C. § 1125(b).

22. Defendant's commercial use of the HOMESEEKERS trademark causes dilution of the distinctive quality of Plaintiff's HOMESEEKERS trademark.

23. Defendants' conduct as stated herein is wilful and has damaged Plaintiff in an amount to be proven at trial.

### Claim 5

### Common Law Trademark Infringement

24. Defendant's conduct in the use of the HOMESEEKERS trademark as set forth above has created a likelihood of confusion or mistake as to the source of goods and/or services, and as such, constitutes common law trademark infringement under the laws of the State of Washington, Idaho, Montana, Oregon and California.

CE8-501.COM
**COMPLAINT - 5**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

25. Defendants' conduct as stated herein, has damaged Plaintiff in an amount to be proven at trial.

### Claim 6

### Common Law Unfair Competition

26. Defendant's conduct in the use of the HOMESEEKERS trademark as set forth above has created a likelihood of confusion or mistake as to the source of goods and/or services, and as such, constitutes common law unfair competition under the laws of the State of Washington, Idaho, Montana, Oregon and California, in that the defendants have chosen as a name and a trademark for their competing business which is similar to Plaintiff's established trade name and trademark, which is likely to confuse or deceive the consuming public as to the origin and source of the defendants' services.

27. Plaintiff is entitled to injunctive relief preventing the defendant from using the name "HOMESEEKERS" in connection with its business, and to recover both the damages it has suffered and any profits the defendants have earned as a result of their unlawful actions.

28. Defendants' conduct as stated herein, has damaged Plaintiff in an amount to be proven at trial.

### Claim 7

### Trade Name Infringement

21. Defendants' acts as described above constitute trade name infringement under Washington law, in that the defendants have appropriated the use of an existing, previously used trade name to compete in the same business, in a manner that tends to deceive the public and confuse the two businesses in the minds of the consumer.

*CE8-501.COM*
**COMPLAINT - 6**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

22. Plaintiff is entitled to injunctive relief preventing the defendant from using the name "HOMESEEKERS" in connection with it real estate related services, and to recover both the damages it has suffered and any profits the defendants have earned as a result of their unlawful actions.

## Relief Requested/Prayer

Plaintiff prays that the Court enter judgment for the following:

A. Plaintiff has no adequate remedy at law and is entitled to injunctive relief under 15 U.S.C. § 1116, R.C.W. 19.86 et. seq., and R.C.W. 19.77.160, ordering and enjoining that defendant, its directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, cease and desist from the further infringement of Plaintiff's "HomeSeekers" trademark and trade name, including without limitation: from using "Homeseekers" and "homeseekers.com" (and any other name confusingly similar) in connection with providing services to real estate professionals and in connection with providing an electronic or other listing service or publication for the sale of real estate and/or real estate related services.

B. That Defendants be required to file with the Court and to serve on Plaintiff within thirty days after service of the Court's order as herein requested, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the Court's order.

C. All damages incurred by Plaintiff in an amount to be proven at trial.

D. An order that all documents and things containing Plaintiff's "Homeseekers" trademark, be seized and delivered upon oath to Plaintiff.

*CE8-501.COM*
**COMPLAINT - 7**

WELLS, ST. JOHN, ROBERTS, GREGORY & MATKIN P.S.
601 West First Ave., Suite 1300
Spokane, Washington 99201
(509) 624-4276

E. All costs and disbursements incurred herein, including reasonable attorney fees incurred by Plaintiff, under all applicable common law and statutory authority, including without limitation, R.C.W. 19.86 et. seq., and 15 U.S.C. §1117.

F. That Defendants be required to account and pay over to Plaintiff, for all gains, profits, and advantages derived from its acts as complained herein and set forth in the claims above.

G. That Defendants be required to pay to Plaintiff such damages, which may be subject to trebling, pursuant to R.C.W. 19.86 et seq. and Title 15 of the United States Code, as Plaintiff has sustained in consequence of Defendants unfair trade practices and unfair competition, and to account for all gains, profits, and advantages derived by Defendants by said unfair trade practices and unfair competition.

H. For such other and further relief as the Court deems just and equitable.

**Demand for Jury**

Plaintiff hereby demands a jury on all issues so triable.

Dated this 21st day of June, 1999.

_Mark W. Hendricksen_

Mark W. Hendricksen
WSBA # 15,542

Wells, St. John, Roberts,
 Gregory & Matkin, P.S.
West 601 First Avenue, Suite 1300
Spokane, WA 99201
Tel: (509) 624-4276
Fax: (509) 838-3424

*CE8-501.COM*
**COMPLAINT - 8**